**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: PARAGARD IUD PRODUCTS
LIABILITY LITIGATION

This document relates to:
  SHANI KEITH

                    Plaintiff,

  vs.

TEVA PHARMACEAUTICALS USA, INC., et
al,

                  Defendants.

|  |
|---|
| MDL DOCKET NO. 2974 |
| 1:20-md-2974 |
| CIVIL ACTION FILE |
| NO. 1:23-cv-05084 |

**J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United States

District Judge, for consideration, it is

    **Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for

Plaintiff's failure to comply with lawful Orders of the Court.

    Dated at Atlanta, Georgia, this 15th day of July, 2026.

                          KEVIN P. WEIMER
                          CLERK OF COURT

                By:   s/C. Pollard
                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 15, 2026
Kevin P. Weimer
Clerk of Court

By: s/C. Pollard
      Deputy Clerk